UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated, | ECF CASE |
| Plaintiff, | Civil Action No: 07 CV 10396 |
| v. | |
| CITIGROUP INC., CITIBANK, N.A., CHARLES PRINCE, THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN and JANE DOES 1 - 10, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Robert Mangum, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Kings County.

On the 20th day of November, 2007, I served the Summons and Complaint (along with instructions and procedures for electronic case filing in the S.D.N.Y.) by hand on Citigroup Inc., Citibank, N.A., Charles Prince, The Plans Administration Committee of Citigroup Inc., and The 401(k) Investment Committee at 388 Greenwich Street, New York, NY 10013.

I served Fern Strauss, Vice President and Managing Paralegal of the Office of the General Counsel with the aforementioned papers, who accepted service on behalf of the entities and persons listed above. Deponent describes the individual served as:

Female   White Skin   Brown Curly Hair   30-40 Yrs.   5'2"-5'6"   140-160 lbs.

Robert Mangum

Sworn to before me this
26th day of November, 2007

Notary Public

JANET MONTES
NOTARY PUBLIC, State of New York
No. 01MO5083883
Qualified in Bronx County
Commission Expires Aug. 25, 2009