Cote, J

Part, I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITIGROUP INC., CITIBANK, N.A., CHARLES PRINCE, THE PLANS ADMINISTRATION COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN and JANE DOES 1-10,<br><br>                    Defendants. | No. 07 Civ. 10396 (u/a)<br><br>ECF case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

### STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS STIPULATED AND AGREED by and among the undersigned counsel for the parties that Defendants' time to answer, move against, or otherwise respond to the Complaint shall be extended from December 10, 2007 to January 10, 2008. This is the parties' first request for an extension of Defendants' time to answer, move against, or otherwise respond to the Complaint.

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in this action.

So ordered.

*[signature]* Judge Cote
Part I
December 11, 2007

1

Dated: December 10, 2007
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP

        By: _____
            Brad S. Karp (BK-3702)
            Lewis R. Clayton (LC-7207)

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Tel.  (212) 373-3000
        Fax  (212) 757-3980

        *Attorneys for Citigroup Inc., Charles Prince, The Plans Administration Committee of Citigroup Inc., and The 401(k) Investment Committee*

        WACHTELL, LIPTON, ROSEN & KATZ

        By: _____
            Lawrence B. Pedowitz (LP-9718)
            George T. Conway (GC-3181)
            Jonathan M. Moses (JM-9049)
            John F. Lynch (JL-6661)

        51 West 52nd Street
        New York, New York 10019-6150
        Tel.  (212) 403-1000
        Fax  (212) 403-2000

        *Attorneys for Citigroup Inc., The Plans Administration Committee of Citigroup Inc., and The 401(k) Investment Committee*

ZWERLING, SCHACHTER & ZWERLING, LLP

By: /s/ Susan Salvetti
Susan Salvetti (SS 1508)
Robert S. Schachter (RS 7243)
Justin M. Tarshis (JT 9779)

41 Madison Avenue
New York, New York 10010
Tel.  (212) 223-3900
Fax  (212) 371-5969

*Attorneys for Plaintiff*

_____
U.S.D.J.

3