UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
STEPHEN GRAY, individually and on :
behalf of all others similarly situated,
                                                  :

            Plaintiff,      :         Civil Action No: 07 Civ. 9790 (SHS)
v.                                        :

CITIGROUP INC., CHARLES PRINCE, :
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., :
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20, :

            Defendants.     :
---------------------------------------------------------x
SHAUN ROSE, Individually and On :
Behalf of All Others Similarly Situated,
                                                  :

            Plaintiff,      :         Civil Action No: 07 Civ. 10294
v.                                        :

CITIGROUP INC., CHARLES PRINCE, :
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., :
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 10, :

            Defendants.     :
---------------------------------------------------------x
MEREDITH TRANBERG, individually :
and on behalf of all others similarly situated :

            Plaintiff,      :         Civil Action No: 07 Civ. 10341
v.                                        :

CITIGROUP INC., CHARLES PRINCE, :
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC., :
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20, :

            Defendants.     :
---------------------------------------------------------x

```
-------------------------------------------------x
ANTON RAPPOLD, individually and on          :
behalf of all others similarly situated,
                                            :
              Plaintiff,                    :       Civil Action No: 07 Civ. 10396
    v.                                      :
                                            :
CITIGROUP INC., CITIBANK, N.A.,             :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                       :
                                            :
              Defendants.                   :
-------------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,
                                            :
              Plaintiff,                    :       Civil Action No: 07 Civ. 10442
    v.                                      :
                                            :
CITIGROUP INC., CHARLES O.                  :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH,            :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.            :
RUBIN, ROBERT E. RUBIN, FRANKLIN            :
A. THOMAS, JOHN DOES 1-20 (BEING            :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                            :
              Defendants.                   :
-------------------------------------------------x
```

```
------------------------------------------------------x
STEPHAN FIORINO, individually and on      :
behalf of all others similarly situated,
                                          :
            Plaintiff,                    :     Civil Action No: 07 Civ. 10458
v.                                        :
                                          :
CITIGROUP INC., CITIBANK N.A.,            :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and                 :
JOHN DOES 1 - 20,                         :
                                          :
            Defendants.                   :
------------------------------------------------------x
JAMES BOLLA, individually and on behalf   :
 of all others similarly situated,        :
                                          :
            Plaintiff,                    :     Civil Action No: 07 Civ. 10461
v.                                        :
                                          :
CITIGROUP INC., CITIBANK N.A.,            :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and                 :
JOHN DOES 1 - 20,                         :
                                          :
            Defendants.                   :
------------------------------------------------------x
```

-------------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the
CITIBUILDER 401 (K) PLAN FOR         :
PUERTO RICO, and all others similarly, :
                                     :
         Plaintiff,                  :         Civil Action No: 07 Civ. 10472
v.                                   :
                                     :
CITIGROUP, INC., CITIBANK, N.A.,     :
THE PLAN ADMINISTRATIVE              :
COMMITTEE OF CITIGROUP, INC.,        :
MICHAEL E. SCHLEIN, JOHN DOES        :
1-10, THE CITIGROUP 401(k) PLAN      :
INVESTMENT COMMITTEE and JOHN        :
DOES 10-20, C. MICHAEL               :
ARMSTRONG, ALAN J.P. BELDA,          :
GEORGE DAVID, KENNETH T. DERR,       :
JOHN M. DEUTCH, ROBERTO              :
HERNANDEZ, ANN DIBBLE JORDAN,        :
ANDREW N. LIVERIS, DUDLEY C.         :
MECUM, ANNE M. MULCAHY,              :
RICHARD D. PARSONS, ANDRALL E.       :
PEARSON, CHARLES PRINCE, JUDITH      :
RODIN, ROBERT E. RUBIN, FRANKLIN     :
A. THOMAS, SANFORD I. WEILL,         :
                                     :
         Defendants.                 :
-------------------------------------------------------x

```
-----------------------------------------------------------x
ALAN STEVENS, on Behalf of Himself          :
and All Others Similarly Situated,          :
                                            :
              Plaintiff,                    :    Civil Action No: 07 Civ. 11156
       v.                                   :
                                            :
CITIGROUP INC., CITIBANK, N.A,              :
CHARLES PRINCE, C. MICHAEL                  :
ARMSTRONG, ALAIN J.P. BELDA,                :
GEORGE DAVID, KENNETH T. DERR,              :
JOHN M. DEUTCH, PETER JOHNSON,              :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANDREW N. LIVERIS, ANNE                     :
MULCAHEY, RICHARD D. PARSONS,               :
JUDITH RODIN, ROBERT E. RUBIN,              :
ROBERT L. RYAN, FRANKLIN A.                 :
THOMAS, THE PLANS                           :
ADMINISTRATION COMMITTEE      OF            :
CITIGROUP, INC., THE INVESTMENT             :
COMMITTEE and JOHN DOES 1-30,               :
                                            :
              Defendants.                   :
-----------------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of             :
Himself and a Class of Persons Similarly    :
Situated,                                   :
                                            :
              Plaintiff,                    :    Civil Action No: 07 Civ. 11158
       v.                                   :
                                            :
CITIGROUP INC., THE PLANS                   :
ADMINISTRATION COMMITTEE OF                 :
CITIGROUP, INC., MICHAEL E.                 :
SCHLEIN, CHARLES PRINCE, C.                 :
MICHAEL ARMSTRONG, ALAIN J.P.               :
BELDA, GEORGE DAVID, KENNETH T.             :
DERR, JOHN M. DEUTCH, ROBERTO               :
HERNANDEZ RAMIREZ, ANDREW N.                :
LIVERIS, ANNE MULCAHEY,                     :
RICHARD D. PARSONS, JUDITH                  :
RODIN, ROBERT E. RUBIN, ROBERT L.           :
RYAN, AND FRANKLIN A. THOMAS,               :
And JOHN DOES 1-30,                         :
                                            :
              Defendants.                   :
```

```
-------------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All           :
Others Similarly Situated,                 :
                                           :
              Plaintiff,                   :      Civil Action No: 07 Civ. 11164
       v.                                  :
                                           :
CITIGROUP INC., CHARLES O.                 :
PRINCE, C. MICHAEL ARMSTRONG,              :
ALAIN J.P. BELDA, GEORGE DAVID,            :
KENNETH T. DERR, JOHN M. DEUTCH,           :
ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                   :
KLEINFELD, ANDREW N. LIVERIS,              :
ANNE MULCAHY, RICHARD D.                   :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                 :
OF THE PLANS ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP INC.)               :
and JOHN DOES 21-40 (BEING                 :
CURRENT AND FORMER MEMBERS                 :
OF THE INVESTMENT COMMITTEE                :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                           :
              Defendants.                  :
-------------------------------------------------------
FRANCIA BRICK, individually and on         :
Behalf of all others similarly situated,   :
                                           :
              Plaintiff,                   :      Civil Action No: 07 Civ. 11369
       v.                                  :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLAN'S ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP, INC.,              :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,                        :
                                           :
              Defendants.                  :
-------------------------------------------------------
```

## CERTIFICATE OF SERVICE

I, Milo Silberstein, hereby certify that I am over the age of 18 years, am not a party to this action and that on December 26, 2007, I caused a true and correct copy of Plaintiffs Shaun Rose and Mark Geroulo's Superceding Motion for Consolidation of Related Actions and Appointment of Interim Lead Plaintiffs, Co-lead Counsel and Liaison Counsel to be served, via ECF, on the counsel of record identified on the attached service list.

_____
Milo Silberstein

## Citigroup ERISA Litigation Service List

**Attorneys for Defendants**

Lawrence B. Pedowitz, Esq.
John Lynch, Esq.
Bradley R. Wilson, Esq.
WATCHELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, New York 10019

T: 212-403-1000
F: 212-403-2000

**Attorneys for Plaintiff Samier Tadros (07-cv-10442-SHS)**

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
HARWOOD, FEFFER LLP
488 Madison Avenue
New York, New York 10022

T: 212-935-7400
F: 212-753-3630

**Attorneys for Plaintiff Anton Rappold (07-cv-10396-UA)**

Susan Salvetti, Esq.
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, New York 10010

T: 212-223-3900
F: 212-371-5969

**Attorneys for Plaintiff James Bolla (07-cv-10461-UA)**

Ann D. White, Esq.
ANN D. WHITE LAW OFFICES P.C.
165 Township Line Rd. Ste 2400
Jenkintown, PA 19046-3535

T: 215-481-0273
F: 215-481-0271

**Attorneys for Plaintiff Meredith Tranberg (07-cv-10341-UA)**

Jeffrey Squire, Esq.
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, New York 10022

T: 212-308-5858
F: 212-486-0462

**Attorneys for Plaintiff Mark Geroulo (07-cv-10472-UA)**

Ronen Sarraf, Esq.
Joseph Gentile
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, New York 10018

T: 212-868-3610
F: 212-918-7967

Robert A. Izard, Esq.
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

T: 860-493-6292
F: 860-493-6290

**Attorneys for Plaintiff Chris Southard (07-cv-11164)**

Thomas J. McKenna, Esq.
GAINEY & MCKENNA
295 Madison Avenue, 4th Floor
New York, New York, 10017

T: 212-983-1300
F: 212-983-0383

**Attorneys for Plaintiff Alan Stevens (07-cv-11156)**

Lori G. Feldman, Esq.
Arvind B. Khurana, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, New York 10019

T: 212-594-5300
F: 212-868-1229

**Attorneys for Plaintiff Stephen Gray (07-cv-9790-SHS)**

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
Andrew E. Lencyk, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022

T: 212-759-4600
F: 212-486-2093

**Attorneys for Plaintiff Steven Goldstein (07-cv-11158-UA)**

Edwin J. Mills, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017

T: 212-687-7230
F: 212-490-2022

**Attorneys for Plaintiff William Woodward (07-cv-11207-UA)**

Bruce F. Rinaldi
COHEN MILSTEIN HAUSFELD & TOLL, PLLC (DC)
1100 New York Avenue, N.W.
Washington, DC 20005

T: 202-408-4600
F: 202-408-4699

**Attorneys for Plaintiff Francia Brick (07-cv-11369-UA)**

William R. Weinstein
Steven L/ Wittels
Jeremy Heisler
SANFORD WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, New York 10022

T: 646-723-2947
F: 646-723-2948