UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08 (LB)

------------------------------------------------------x
STEPHEN GRAY, individually and on        :
behalf of all others similarly situated,     :
                                             :
                  Plaintiff,                 :         Civil Action No: 07 Civ. 9790 (SHS)
                                             :         *and consolidated cases*
v.                                           :
                                             :
CITIGROUP INC., CHARLES PRINCE,   :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,       :
THE 401(k) INVESTMENT                  :
COMMITTEE, and JOHN DOES 1 - 20,  :
                                             :
                  Defendants.                :
------------------------------------------------------x

[~~Additional captions on the next page~~]


## [~~PROPOSED~~] ORDER GRANTING APPLICATION OF MICHELLE C. YAU FOR ADMISSION *PRO HAC VICE*

329630.1 1

```
-------------------------------------------------------x
```
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others  :
Similarly Situated,                       :
                                          :
                Plaintiffs,               :      ~~Civil Action No. 07cv11207~~
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,   :
ROBERT E. RUBIN, C. MICHAEL        :
ARMSTRONG, ALAIN J. P. BELDA,      :
GEORGE DAVID, KENNETH T. DERR,  :
JOHN M. DEUTCH, ROBERTO            :
HERNANDEZ RAMIREZ, ANDREW N.  :
LIVERIS, ANN MULCAHEY, RICHARD :
D. PARSONS, JUDITH RODIN, ROBERT :
L. RYAN, FRANKLIN A. THOMAS, ANN :
DIBBLE JORDAN, KLAUS KLEINFELD :
AND DUDLEY C. MECUM, and JOHN    :
and JANE DOES 1-10,                :
                                          :
                Defendants.               :
```
-------------------------------------------------------
```

This matter coming before the Court by Motion submitted by Lynda J. Grant,

seeking the admission of Michelle C. Yau to the United States District Court for the

Southern District of New York *pro hac vice* for purposes of this action, and the Court

having considered the Affidavit of Michelle C. Yau submitted in support thereof, and for

good cause shown,

IT IS ON this 6ᵗʰ day of ___February___, 2008,

ORDERED that:

1.    Michelle C. Yau is hereby granted admission *pro hac vice* to the

United States District Court for the Southern District of New York, for the purpose of

1

2

appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York;

        2.     Michelle C. Yau is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

        3.     Michelle C. Yau is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.

 

_____

United States District Judge